IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　v.　　　　　　　　　　　)　　Case No. 1:11-CR-250
　　　　　　　　　　　　　　　　　　　　)
AMIT GOTTLIEB,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)　　**UNDER SEAL**
FATHE MOHAMMED KHATBI　　　　　)
SULEMAN SALEH,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
INDRANIL DAS,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
DANIEL BAROODY,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　Defendants.　　　　　　　)

## ORDER

Upon motion of the United States of America, it is hereby

ORDERED that the Indictment in the above-captioned matter be dismissed without

prejudice as to defendants AMIT GOTTLIEB, FATHE MOHAMMED KHATBI SULEMAN

SALEH, a/k/a "Frank," INDRANIL DAS, and DANIEL BAROODY. It is

FURTHER ORDERED that the arrest warrants corresponding to each defendant are

hereby VACATED.

　　　　　　　　　　　　　　　　　　　　/s/

　　　　　　　　　　　　　　　　　　　　Leonie M. Brinkema
　　　　　　　　　　　　　　　　　　　　United States District Judge

Date: May 25, 2022
Alexandria, Virginia